ACCEPTED
14-14-00244-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/12/2015 4:56:10 PM
CHRISTOPHER PRINE
CLERK

## No. 14-14-00244-CR

In the

# Court of Appeals

For the

# Fourteenth District of Texas

At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

10/12/2015 4:56:10 PM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

## No. 1371877
In the 174th District Court
Of Harris County, Texas

———————◆———————

# MARQUIS DIAMOND
*Appellant*

V.

# THE STATE OF TEXAS
*Appellee*

———————◆———————

## STATE'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF APPEALS:**

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 10.1, 10.5(b) & 38.6(d), moves for an extension of time within which to file its appellate brief. In support of its motion, the State submits the following:

1.     Appellant was charged with the offense of capital murder. The jury found appellant guilty and he was sentenced to life imprisonment.

2.    Appellant's brief was filed on August 7, 2015, making the State's brief due, after an extension, on October 8, 2015. The State's seeks an extension of 30 days, until November 9, 2015, to file its brief.

3.    The undersigned attorney has filed four briefs in the last 45 days and has three more briefs due in the next 30 days. The undersigned attorney recently spoke at TDCAA's Annual Conference on Scotus and CCA Caselaw Update and wrote an article for The Prosecutor.

4.    The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the requested extension until November 9, 2015.

Respectfully submitted,

/s/ *Jessica Akins*

JESSICA AKINS
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
State Bar Number: 24029415

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that on October 12, 2015, a copy of this motion was served upon appellant's counsel:

Wayne T. Hill – wthlaw@aol.com

/S/ *Jessica Akins*
JESSICA AKINS, ADA – Harris County